UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY POLK, | ) | Case No. 1:13 CV 272 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| FRANCHISE WORLD | ) | |
| HEADQUARTERS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Counsel may file any additional documentation evidencing the settlement.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                        _/s/Donald C. Nugent___
                                        DONALD C. NUGENT
                                        United States District Judge

DATE: __May 10, 2013_____